## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GABRIEL BUITRON,**

       **Petitioner,**

    **-vs-**

**ERIC HOLDER and JAMES CROSS,**

       **Respondents.**              **No. 13-cv-974-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court, Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED**.

**DATED:** February 10, 2014

             **NANCY J. ROSENSTENGEL,**
             **CLERK OF COURT**

             **BY:**  **s/*Sara Jennings***
                   **Deputy Clerk**

Digitally signed
by David R.
Herndon
Date: 2014.02.10
11:38:45 -06'00'

**APPROVED:**
             **CHIEF JUDGE**
             **U. S. DISTRICT COURT**